# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3538
_____

ANTHONY RAY PEEK,

    Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, STATE OF
FLORIDA,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

March 29, 2018

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Anthony Ray Peek, pro se, Appellant.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee; Pamela Jo Bondi, Attorney General, Tallahassee, for Appellees.